UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 21 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

ARNOLD SIMON,

    Plaintiff-Appellee,

v.

WASH DEPOT HOLDINGS, INC., a corporation; et al.,

    Defendants-Appellants.

No. 01-55619

DC# CV-00-12428-CAS
Central California

ORDER



LODGED
CLERK, U.S. DISTRICT COURT
JUN 25 2001
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Pursuant to the stipulation filed by the parties, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

FILED
CLERK, U.S. DISTRICT COURT
SEP 14 2001
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

For the Court

Crystal Thomas
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

Priority
Send ✓
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTER ON ICMS
SEP 17 2001

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 21 2001
by: _____
Deputy Clerk

Doc:MGT\T\Clrkords\6.01\ct\01-55619.wpd
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

44

INTERNAL USE ONLY: Proceedings include all events.
01-55619 Simon v. Wash Depot Holdings, et al

| | |
|---|---|
| ARNOLD SIMON<br>    Plaintiff - Appellee | Gary S. Lincenberg, Esq.<br>310/201-2100<br>23rd Floor<br>[COR LD NTC ret]<br>Ekwan E. Rhow, Esq.<br>FAX 310-201-2110<br>310-201-2100<br>23rd Floor<br>[COR LD NTC ret]<br>BIRD, MARELLA, BOXER & WOLPERT<br>A Professional Corporation<br>1875 Century Park East<br>Los Angeles, CA 90067-2561 |
| v. | |
| WASH DEPOT HOLDNGS, INC., a corporation<br>    Defendant - Appellant | Ada Rud, Esq.<br>FAX 213-629-4520<br>213-229-2868<br>Suite 1400<br>[COR LD NTC ret]<br>SHUMAKER, STECKBAUER, WEINHART<br>& SRAGOW, LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90017-3124 |
| DAVID T. SMITH, an individual<br>    Defendant - Appellant | Ada Rud, Esq.<br>(See above)<br>[COR LD NTC ret] |
| ANDREW SMITH, an individual<br>    Defendant - Appellant | Ada Rud, Esq.<br>(See above)<br>[COR LD NTC ret] |
| ROBERT DOMINICO, an individual<br>    Defendant - Appellant | Ada Rud, Esq.<br>(See above)<br>[COR LD NTC ret] |
| BOSTON GROUP, L.P., a Limited Partnership<br>    Defendant - Appellant | Ada Rud, Esq.<br>(See above)<br>[COR LD NTC ret] |